UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

| | | |
|---|---|---|
| LAUREN GIBBONS,<br>ON BEHALF OF HERSELF AND<br>ALL OTHERS SIMILARLY SITUATED, | } <br> } <br> } <br> **}** | |
| Plaintiff, | } | Civil Action, File No. |
| v | } | 2:17-cv-4177-JFB-GRB |
| | } | |
| SUNRISE CREDIT SERVICES INC., | } | |
| | } | |
| Defendant. | } | |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, Plaintiff hereby voluntarily dismisses the present action against Defendant.


/s/*Mitchell L. Pashkin, Esq.*_____
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY  11743
(631) 335-1107