UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 28 2018 ★
LONG ISLAND OFFICE

LAUREN GIBBONS,
ON BEHALF OF HERSELF AND
ALL OTHERS SIMILARLY SITUATED,

      Plaintiff,

v

SUNRISE CREDIT SERVICES INC.,

      Defendant.

Civil Action, File No.
2:17-cv-4177-JFB-GRB

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses the present action against Defendant.

/s/*Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 335-1107

The Clerk of the Court shall close the case.

Joseph Bianco
Joseph F. Bianco
USDJ
Date: Sept. 28, 20 18
Central Islip, N.Y.